HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SANTIAGO ESQUIVEL-VEGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTIAGO ESQUIVEL-VEGA,<br><br>Defendant. | No.  1:95-cr-5096-AWI-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTONY W. ISHII |

Defendant, SANTIAGO ESQUIVEL-VEGA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 1, 1996, this Court sentenced Mr. Esquivel-Vega to a term of 365 months imprisonment;

3. His total offense level was 38, his criminal history category was III, and the resulting guideline range was 292 to 365 months;

4. The sentencing range applicable to Mr. Esquivel-Vega was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Esquivel-Vega's total offense level has been reduced from 38 to 36, and his amended guideline range is 235 to 293 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Esquivel-Vega's term of imprisonment to a total term of 293 months.

Respectfully submitted,

Dated:  January 6, 2015                      Dated:   January 6, 2015
BENJAMIN B. WAGNER                  HEATHER E. WILLIAMS
United States Attorney                        Federal Defender


 /s/  Kathleen A. Servatius                    /s/ David M. Porter
KATHLEEN A. SERVATIUS              DAVID M. PORTER
Assistant U.S. Attorney                       Assistant Federal Defender

Attorney for Plaintiff                             Attorney for Defendant
UNITED STATES OF AMERICA       SANTIAGO ESQUIVEL-VEGA

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Esquivel-Vega is entitled to the benefit Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 235 to 293 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 1996 is reduced to a term of 293 months.

IT IS FURTHER ORDERED that all other terms and provisions of the amended judgment filed February 24, 1998 remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1  Unless otherwise ordered, Mr. Esquivel-Vega shall report to the United States Probation
2  Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   January 6, 2015

SENIOR DISTRICT JUDGE